IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK BROWN,

     Plaintiff,

v.

DR. JEFFREY MANLOVE, DR. NANCY GARCIA,
GAIL WALTZ, MARIROSE HOWELL, and
ANN SCARPITA,

     Defendants.

ORDER

16-cv-76-jdp

---

  Pro se plaintiff Mark Brown is a prisoner in the custody of the Indiana Department of Corrections, formerly a prisoner in the custody of the Wisconsin Department of Corrections. Brown alleges that while he was incarcerated at the Waupun Correctional Institution, prison personnel were deliberately indifferent to his serious medical need by failing to adequately treat his broken hand. On July 21, 2016, I granted Brown leave to proceed on Eighth Amendment claims against defendants Manlove, Garcia, Waltz, Howell, and Scarpita. Dkt. 7.

  Now Brown has moved to compel defendants to answer his interrogatories. Dkt. 25. But, according to defendants, Brown filed his motion before defendants' answers were actually due. As of December 23, 2016, two of the four defendants to whom the interrogatories were directed had answered, and the remaining two had drafted responses and planned to get them to Brown by January 6, 2017. Brown did not file a reply.

  Because it appears that defendants have answered Brown's interrogatories, I will deny Brown's motion without prejudice.

ORDER

IT IS ORDERED that plaintiff Mark Brown's motion to compel answers to interrogatories, Dkt. 25, is DENIED without prejudice.

Entered January 17, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge