IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK BROWN,

    Plaintiff,

v.

WILLIAM POLLARD, JEFFREY MANLOVE,
NANCY GARCIA, GAIL WALTZ,
MARIROSE HOWELL,
CORRECTIONAL OFFICER BIKOWSKI,
CORRECTIONAL OFFICER MATTHEIS,
MR. LUDVEGSON and ANN SCARPITA,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-76-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) dismissing plaintiff's claims against Bikowski, Matthweis, William Pollard and Ludvegson; and

    (2) granting summary judgment in favor of Jeffrey Manlove, Nancy Garcia, Gail Waltz, Marirose Howell, and Ann Scarpita, and dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

11/17/2017
Date